# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1678
Lower Tribunal No. F22-13667

_____

**The State of Florida,**
Appellant,

vs.

**Lazaro Prieto,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

James Uthmeier, Attorney General, and Kayla H. McNab, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See State v. Milewski, 194 So. 3d 376, 378 (Fla. 3d DCA 2016) ("This Court's review of the trial court's ruling on the motion to suppress involves a mixed question of law and fact. The trial court's findings of fact are presumed correct if competent, substantial evidence supports those findings. The trial court's application of law to those facts is reviewed de novo.")(citation omitted); San Martin v. State, 717 So. 2d 462, 469 (Fla. 1998) ("A trial court's ruling on a motion to suppress comes to this Court clothed with a presumption of correctness and, as the reviewing court, we must interpret the evidence and reasonable inferences and deductions derived therefrom in a manner most favorable to sustaining the trial court's ruling.").